No. 01–7688.  BRIGGS v. CHERRY ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 01–7689.  MORGAN v. GREINER, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY, ET AL.  Sup. Ct. N. Y., Dutchess County.  Certiorari denied.

No. 01–7696.  LEWIS v. CHILDS, SUPERINTENDENT, CENTRAL MISSISSIPPI CORRECTIONAL FACILITY.  C. A. 5th Cir.  Certiorari denied.

No. 01–7697.  LARSON v. SCOTT ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 01–7703.  THOMAS v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 01–7704.  VANN v. SPAK ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 01–7709.  WRIGHT v. VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 01–7712.  CLARK v. O'DEA, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 01–7713.  DORSEY v. CONROY, WARDEN, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 01–7714.  CORLEY v. CAIN, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 01–7715.  TERRELL v. ILLINOIS.  App. Ct. Ill., 1st Dist. Certiorari denied.

No. 01–7718.  McCALVIN v. LEIBACH, WARDEN.  Sup. Ct. Ill. Certiorari denied.

No. 01–7729.  MANSFIELD v. LUEBBERS, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 01–7734.  HIGGINS v. CITY OF WELLSTON.  C. A. 8th Cir. Certiorari denied.